UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:25-cv-00253

**Jonathan Lamar Simpson,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

# ORDER

Petitioner Jonathan Lamar Simpson, proceeding pro se, filed this petition for writ of habeas corpus challenging his Texas state court conviction and sentence. Doc. 1. The case was referred to a magistrate judge. Doc. 2-1.

The magistrate judge issued a report and recommendation that the petition be dismissed without prejudice for failure to exhaust state court administrative remedies. Doc. 5 at 4. The report stated that an independent review of the website for the Texas Court of Criminal Appeals confirms that petitioner had not challenged his state court conviction through direct appellate review or state habeas collateral review. *Id.* at 1.

A copy of the report was sent to petitioner's last known address, but petitioner filed no objections. When a letter is properly placed in the United States mail, the court presumes that the letter arrived at its destination in the usual time and reached the addressed individual. *Faciane v. Sun Life Assurance Co. of Can.*, 931 F.3d 412, 420–21 & n.9 (5th Cir. 2019). Further, petitioner has not otherwise communicated with the court in the six months since the report was filed.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's

findings and recommendations. Petitioner's case is dismissed without prejudice for failure to exhaust state-court administrative remedies. Any pending motions are denied as moot.

*So ordered by the court on October 2, 2025.*

J. CAMPBELL BARKER
United States District Judge